**Entered on Docket**
**July 29, 2009**

_____
**Hon. Gregg W. Zive**
**United States Bankruptcy Judge**

PITE DUNCAN, LLP
STEVEN W. PITE (NV Bar #008226)
EDDIE R. JIMENEZ (NV Bar #10376)
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail:  ecfnvb@piteduncan.com

ABRAMS & TANKO, LLLP
MICHELLE L. ABRAMS (NV Bar #005565)
3085 S. Jones Blvd., Suite C
Las Vegas, NV 89146

Attorneys for  Secured Creditor WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS
                    BANK, FSB

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re | Bankruptcy Case No. BK-N-09-51225-gwz |
| LONNIE D. SOLEM AND AMY L. SCOTCH-SOLEM, | Chapter 7 |
| Debtor(s). | WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS BANK, FSB'S ORDER TERMINATING AUTOMATIC STAY |
| | Date:    July 14, 2009 |
| | Time:   10:00 A.M. |

A hearing on Secured Creditor Wachovia Mortgage, FSB, fka World Savings

bank, FSB's Motion for Relief From the Automatic Stay came on regularly for hearing in the

United States Bankruptcy Court before the Honorable Gregg W. Zive.

1    The court having duly considered the papers and pleadings on file herein and

2  being fully advised thereon and finding cause therefor:

3    IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

4    Relief from the automatic stay of 11 United States Code section 362 is hereby

5  granted as it applies to the real property commonly known as 2821 Sunline Dr, Reno, Nevada

6  89523-2140, which is legally described as:

7        LOT 99 OF NORTHGATE UNIT NO. 11D,
         ACCORDING TO THE MAP THEREOF, FILED
8        IN THE OFFICE OF THE COUNTY RECORDER
         OF WASHOE COUNTY, STATE OF NEVADA,
9        ON DECEMBER 18, 2002 AS FILE NO. 2778581,
         OFFICIAL RECORDS, AS TRACT MAP NO.
10       4152.
         EXCEPTING THEREFROM ALL WATER AND
11       WATER RIGHTS, WELL AND WELL RIGHTS,
         DITCH AND DITCH RIGHTS APPURTENANT
12       THERETO.

13

14

15  APPROVED/DISAPPROVED

16  _____

17  JERI COPPA-KNUDSON
    TRUSTEE

18  /././

19  /././

20  /././

21  /././

22  /././

23  /././

24  /././

25  /././

26  /././

27  /././

28  /././

1    ALTERNATIVE METHOD re: RULE 9021:

2    In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

3    ☐    The court has waived the requirement of approval under LR 9021.

4    ☐    No parties appeared or filed written objections, and there is no trustee appointed in the

5    case.

6    ☒    I have delivered a copy of this proposed order to all counsel who appeared at the hearing,

7    any unrepresented parties who appeared at the hearing, and any trustee appointed in this case,

8    and each has approved or disapproved the order, or failed to respond, as indicated below [list

9    each party and whether the party has approved, disapproved, or failed to respond to the

10    document]:

11    ☐    Approved. - Debtor(s)/Debtor(s)' Attorney/Trustee

12    ☐    Disapproved. - Debtor(s)/Debtor(s)' Attorney/Trustee

13    ☒    Failed to respond. - Trustee

14                                                        ###

15    Submitted by:

16    /s/ EDDIE R. JIMENEZ
       4375 Jutland Drive, Suite 200
17    P.O. Box 17933
       San Diego, CA 92177-0933
18    (858) 750-7600
       NV Bar #10376
19    Attorney for WACHOVIA
       MORTGAGE, FSB, FKA
20    WORLD SAVINGS BANK, FSB

21

22

23

24

25

26

27

28